JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENERY ANEKWU,<br><br>    Plaintiff,<br><br>    v.<br><br>ICE and US GOVERNMENT,<br><br>    Defendants. | No. CV 18-10107-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 5, 2020

_George H. Wu_
_____
HON. GEORGE H. WU
United States District Judge